UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRAVO SHIPPING LTD. | * | CIVIL ACTION |
| VERSUS | * | NO. 2015-1137 |
| PRIVOCEAN SHIPPING LTD. and the M/V PRIVOCEAN, her engines, tackle, Apparel, furniture, etc., *in rem* | * | SECTION |
| * * * * * * * * * | | JUDGE<br>MAG. |

## ORDER

Upon reading of the Verified Complaint and Verification, and being duly satisfied that the premises for arrest of the M/V PRIVOCEAN pursuant to Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure have been met in this case;

And that plaintiff will indemnify and hold harmless the United States Marshal, their agents, servants, employees and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest of the vessel.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Clerk of Court issue a writ of arrest of the M/V PRIVOCEAN as prayed for in the Verified Complaint; and

IT IS FURTHER ORDERED that a copy of this Order be attached to and served with said writ of arrest.

New Orleans, Louisiana, this 10 day of April 2015.

_____
UNITED STATES DISTRICT JUDGE